**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

May 7, 2015

Hon. Keith C. Livesay
517 W. Nolana
Brazos Suites No. 9
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Ted A. Ross
Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-15-00139-CV
Tr.Ct.No. C-2541-10-B
Style:     Texas Board of Nursing v. Bernardino Pedraza Jr.

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Ms. Jacqueline Inks (DELIVERED VIA E-MAIL)
       93rd District Court (DELIVERED VIA E-MAIL)
       Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)